**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**WISEMAN LAW GROUP**
  1477 Drew Avenue, Suite 106
  Davis, California 95616
  Telephone:  530.759.0700
  Facsimile:    530.759.0800

**Attorney for Defendant**
SCOTT AKERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S 04-431 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| vs. ) | CONTINUE STATUS CONFERENCE |
| ) | |
| SCOTT AKERS, ) | |
| ) | |
| Defendants. ) | |

It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Matthew D. Segal, Assistant United States Attorney, and defendant, SCOTT AKERS, through his counsel of record, Joseph J. Wiseman, that the status conference scheduled for May 13, 2005, at 9:00 a.m., be rescheduled to May 20, 2005, at 9:00 a.m. The parties are requesting this continuance to allow defense counsel additional time to discuss the case with the defendant.

The parties further stipulate and agree that time from the date of this Order through the date of the status conference set for May 20, 2005 be excluded from the speedy trial calculation

///

///

///

pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: May 9, 2005                    Respectfully submitted,

                                      WISEMAN LAW GROUP


                                      By:   /s/ Joseph J. Wiseman
                                            JOSEPH J. WISEMAN
                                            Attorney for Defendant
                                            SCOTT AKERS


Dated: May 9, 2005                    McGREGOR W. SCOTT

                                      United States Attorney


                                      By:    /s/ Matthew D. Segal
                                            MATTHEW D. SEGAL, AUSA
                                            Attorney for Plaintiff
                                            UNITED STATES OF AMERICA


**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference in the above-captioned case be continued to May 20, 2005 at 9:00 a.m. IT IS FURTHER ORDERED THAT the time from the date of this Order to May 20, 2005 be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

DATED:  5/10/2005

                                           /s/ Garland E. Burrell, Jr.
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge