MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. S 04-431 GEB |
| Plaintiff, | ) | |
| v. | ) | SUPERSEDING STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| SCOTT K. AKERS, | ) | |
| Defendant. | ) | |

The parties stipulate and agree that time beginning May 20, 2005 and extending through May 27, 2005 should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, counsel for the defendant needs more time to discuss the plea agreement with the defendant. Counsel for the defendant recently moved offices, and this resulted in difficulties in receiving and analyzing documents sent by the government. Only at this time is counsel for the defendant in a position to

1

discuss those documents with the defendant.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

    The parties further request that this matter be taken off calendar until May 27, 2005.

                                      Respectfully Submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney

DATE: May 19, 2005           By:  /s/ Matt Segal
                                      MATTHEW D. SEGAL
                                      Assistant U.S. Attorney

DATE: May 19, 2005                /s/Joseph J. Wiseman by MDS
                                      JOSEPH J. WISEMAN

**SO ORDERED.**

Dated:  May 19, 2005

                                      /s/ Garland E. Burrell, Jr.
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge