MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. S 04-431 GEB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXCLUDE TIME |
| SCOTT K. AKERS, | |
| Defendant. | |

The parties stipulate and agree that time beginning May 27, 2005 and extending through June 17, 2005 should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, counsel for the defendant needs more time to evaluate a possible plea disposition and discuss it with the defendant. Only at this time is counsel for the defendant in a position to discuss those documents with the defendant.  The parties stipulate and agree that the interests of justice served by

1

granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                              Respectfully Submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATE: May 31, 2005                 By:   /s/ Matt Segal
                                                   MATTHEW D. SEGAL
                                                   Assistant U.S. Attorney

DATE: May 31, 2005                          /s/Joseph J. Wiseman by MDS
                                                   JOSEPH J. WISEMAN

**SO ORDERED.**

Dated:  May 31, 2005

                                              /s/ Garland E. Burrell, Jr.
                                              GARLAND E. BURRELL, JR.
                                              United States District Judge

granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                              Respectfully Submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATE: May 31, 2005                By:   /s/ Matt Segal
                                                   MATTHEW D. SEGAL
                                                 Assistant U.S. Attorney

DATE: May 31, 2005                          /s/Joseph J. Wiseman by MDS
                                                   JOSEPH J. WISEMAN

**SO ORDERED.**

Dated:  May 31, 2005

                                              /s/ Garland E. Burrell, Jr.
                                              GARLAND E. BURRELL, JR.
                                              United States District Judge