1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW D. SEGAL
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2708

5

6

7

8                 UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )   Case No. CR.S-04-431 GEB JFM
                                 )
12            Plaintiff,         )   GOVERNMENT'S MOTION TO
                                 )   EXTEND TIME TO RESPOND TO
13       v.                      )   MOTION UNDER 28 U.S.C. § 2255
                                 )
14 SCOTT K. AKERS,               )   AND ORDER
                                 )
15            Defendant.         )
   _____)
16

17      On May 27, 2008, the Court gave the government 30 days, to

18 June 26, 2008, to respond to the defendant's motion under 28

19 U.S.C. § 2255.  For the reasons stated in the attached

20 declaration of Assistant U.S. Attorney Matthew D. Segal, the

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1 | government requests an extension of time to file its response.
2 | The United States hereby requests an extension of time until
3 | August 15, 2008, to file its answer.
4 | DATED: July 10, 2008                     McGREGOR W. SCOTT
                                             United States Attorney

                                     By:   /s/ Matthew D. Segal
                                           MATTHEW D. SEGAL
                                           Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: July 21, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/aker0431.eot

2

D E C L A R A T I O N

I, MATTHEW D. SEGAL, declare as follows:

1. I am an Assistant U.S. Attorney for the Eastern District of California and am the attorney assigned the case of <u>United States v. SCOTT K. AKERS</u>, CRS04-431 GEB JFM.

2. I was on leave out of the district last week. In preparing to absent myself from the office, I neglected to file a request for an extension until now.

3. I have spoken with Joseph Wiseman, Esq. regarding an extension. Mr. Wiseman has no opposition. This is the first extension requested by the United States.

4. I have been extremely busy with my ordinary duties as well as the multi-district bank fraud investigation that has resulted in the indictment in <u>United States v. Charles Barksdale & Donald Taylor</u>, No. 2:08-CR-263 FCD and my upcoming argument before the 9th Circuit in <u>United States v. Dossman</u>, C.A. No. 07-10274.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 10th day of July, 2008, at Sacramento, California.

                                                  /s/ Matthew D. Segal
                                                  MATTHEW D. SEGAL