IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                      No. CR S-04-0431 GEB JFM

vs.

SCOTT K. AKERS,

    Movant.                         ORDER

_____/

        A status conference was held in this matter on March 4, 2010 at 11:00 a.m. Matthew D. Segal appeared on behalf of respondent. Gary L. Huss appeared on behalf of movant. Following discussion with counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Movant shall file his traverse on or before March 25, 2010; and

        2. If there is a request for oral arguments or for further briefing, the parties shall file said request on or before April 2, 2010. Otherwise, the matter will be deemed submitted on the papers.

DATED: March 8, 2010.

                                           UNITED STATES MAGISTRATE JUDGE

014.aker0431.oasc

1